**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ 3rd Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: Rohena W Whittingham | JOINT DEBTOR: | CASE NO.: 13-36719-EPK |
| Last Four Digits of SS# xxx-xx-1779 | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A.  $    419.55  for months    1   to    22  ;
   B.  $    198.00  for months   23   to    30  ;
   C.  $    409.05  for months   31   to    60  ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $   6,900.00   TOTAL PAID $   0.00
                 Balance Due      $   6,900.00   payable $ 289.77   /month   (Months  1  to  22 )
                                                         131.25                      23      26

$3,500.00 Attorney fee, $500.00 Motion to shorten prejudice period, $500.00 Motion to Continue Automatic stay, $750.00 MTV Property, $150.00 in fees, $ 75.00 in costs, $900.00 LMM, $500.00 motion to modify, $25.00 in costs

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                                                     Best Case Bankruptcy

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| SUNTRUST BANK<br>Attn:Bankruptcy Dept<br>Po Box 85092<br>Richmond, VA 23286<br>Acct # xxx 6996 | Located at: 61 Pleasant Hill Lane Tamarac, FL. 33319 Legally described as: Building No. 31, Townhouse (Unit) no. 61, in the Shaker Village Condominium, Phase I, according to the Declaration of Condominium file for record in Official Records Book 5224, Page 154, of the Public Records of Broward County, Florida, and any amendments thereto, together with an undivided interest in the common elements declared in said declaration to the an appurtenance to the above described townhouse (unit).<br>$ 53,000.00 | 0.00% | $ 0.00 | 1 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____   _____

Regular Payment $ _____N/A_____

Unsecured Creditors:  Pay $ 117.42 /month (Months  1  to  22 ).
                          Pay $ 48.75 /month (Months  23  to  26 ).
                          Pay $ 180.00 /month (Months  27  to  30 ).
                          Pay $ 371.86 /month (Months  31  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
 -NONE-
**Assumed Contracts and/or Leases**
 -NONE-

        Special Intentions:

JP Morgan Chase Bank, N.A.: Debtor will pay claim directly for property located at  61 Pleasant Hill Lane Tamarac, FL. 33319 (#0187)

Shaker Village Condominium Assoc. Inc: Debtor will pay claim directly for property located at  61 Pleasant Hill Lane Tamarac, FL. 33319

Elegant Home Property Management: Debtor will pay claim directly for property located at  61 Pleasant Hill Lane Tamarac, FL. 33319

Lee County Tax Collector: Debtor will pay claim directly for property located at 706 Richmond Avenue N Leheigh Acres, FL 33972

Citrus County Tax Collector: Debtor will pay claim directly for property located at 8049 N Golfview Drive Citrus Spring, FL 34434

CTX Mortgage will be surrendered for property located at 3602 SW Bonwold St, Port Saint Lucie FL 34953

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ ROHENA WHITTINGHAM
 Rohena W Whittingham
 Debtor

Date:   October 12, 2015